NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUZZYSHARP TECHNOLOGIES INCORPORATED,**
*Plaintiff-Appellant,*

v.

**3DLABS INC., LTD.,**
*Defendant-Appellee.*

---

2010-1160

---

Appeal from the United States District Court for the Northern District of California in case no. 07-CV-5948, Judge Saundra Brown Armstrong.

---

**ON MOTION**

---

**O R D E R**

3DLabs Inc., Ltd. moves for a 36-day extension of time, until March 4, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 25 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Matthew G. McAndrews, Esq.
Jonathan Daniel Baker, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 25 2011

JAN HORBALY
CLERK